# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

IN RE: Acetaminophen- ASD-ADHD
Products Liability Litigation,

This Document Relates To:
Anderson, et al. v. Target Corp., et al., 22cv9052
Washington, et al. v. CVS Pharmacy, Inc., 22cv9880

22 MD 3043 (DLC)
22 MC 3043 (DLC)
22 CV 9052 (DLC)
22 CV 9880 (DLC)

## JUDGMENT

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 15, 2023, the motion to dismiss Anderson's claims is denied. The motion to dismiss Washington's claims is granted.

**Dated:**   New York, New York
            May 15, 2023

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**   *K. Mango*

**Deputy Clerk**